```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

KRISTOF FEKETE,

              Plaintiff,

      - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

23-cv-4062 (JGK)

ORDER

------------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    All four defendants in this action have been served, but only Justin Perez and Gideon Shafir have filed an answer to the complaint. ECF No. 16. The remaining defendants, the City of New York and Nicholas Asaro, were served on May 18, 2023, and May 22, 2023, respectively. ECF Nos. 11, 12. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the City of New York to answer was June 8, 2023, and the time for Mr. Asaro to answer was June 12, 2023.

    The time for both the City of New York and Mr. Asaro to answer or respond to the complaint is extended to **July 28, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against those defendants. The plaintiff is directed to serve a copy of this Order on the City of New York and on Mr. Asaro by **June 28, 2023**, and to file proof of service on the docket by **July 5, 2023**.

Because Mr. Perez and Mr. Shafir have answered the complaint, those parties and the plaintiff should file a Rule 26(f) report by **August 14, 2023**. If the remaining defendants appear and file an answer to the complaint before the July 28, 2023 deadline, then those defendants should join in the filing of the Rule 26(f) report by the August 14, 2023 deadline.

**SO ORDERED.**

Dated:   New York, New York
         June 21, 2023

                                           John G. Koeltl
                                     United States District Judge