UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOF FEKETE,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 23-CV-4062 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

As discussed at today's conference, the parties are ORDERED to submit a joint letter by **February 2, 2024** updating the Court on whether the parties wish to be referred to the Southern District's Mediation Program or wish to retain a private mediator. The parties' deadline for expert disclosures is extended to **March 22, 2024**, and all expert discovery is due by **April 12, 2024**. The briefing schedule for dispositive motions and any motions to exclude testimony of experts is as follows: moving papers are due **May 17, 2024**; opposition(s) are due on **June 14, 2024;** and any reply or replies are due by **June 28, 2024**.

Dated:  January 23, 2024
            New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge