UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KRISTOF FEKETE, | |
|---|---|
| Plaintiff, | 23-CV-4062(LAP) |
| -against- | ORDER |
| CITY OF NEW YORK, ET AL., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    The final pretrial conference scheduled for October 30, 2025 at 10:00 a.m. is adjourned to November 4, 2025 at 10:00 a.m.

**SO ORDERED.**

Dated:   New York, New York
          October 27, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge