UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISTOF FEKETE,

                    Plaintiff,

-against-                                    23-CV-4062(LAP)

                                             ORDER

CITY OF NEW YORK, et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

Plaintiff moves, in limine, to permit Dr. Sebastian Lattuga and Dr. Daniel Giangrasso to testify as expert witnesses at trial. (See dkt. no. 61.)  Defendants take no position on the motion, other than opposing the doctors' testifying beyond the scope of their disclosures made pursuant to Rule 26(a)(2)(C).  (See dkt. no. 72.)  Plaintiff in reply, agrees that the doctors should not testify beyond the information contained in their Rule 26(a) disclosures.  (See dkt. no. 80.)

Plaintiff's motion is GRANTED, however, at trial "to the extent a treating physician testifying as an expert intends to comment on matters beyond the scope of his or her patient's treatment, the basis for that testimony must be readily apparent from the [Rule] 26(a)(2)(C) disclosure and summary." Rodriguez v. Vill. of Port Chester, 535 F. Supp. 3d 202, 215 (S.D.N.Y. 2021).

The Clerk of the Court shall close docket number 61.

**SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge


Dated:    New York, New York
          December 30, 2025