UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRISTOF FEKETE,<br><br>                    Plaintiff,<br><br> -against-<br><br><br> CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 23-CV-4062(LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby ORDERED that the Clerk of the Court shall mark this matter as closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated:    New York, New York
          January 5, 2026